ORIGINAL

To :
United States District Court
District of Rhode Island
2 Exchange Place
Providence, Rhode Island, 02903
To the clerk of the Court

Subject: CA 06-289T
Caption : Milton Salomon, et al
plaintiff
v.
Evan Blum
Defendant

Dear Clerk of the Court:

Pursuant to "LR Cv. 81 (b): **Filing of State Court Record.** Within ten (10) days after filing a notice of removal ,the party filing the notice shall file certified or attested copies of the docket sheets shall documents filed in the case being removed arranged in the following order:

(1) the docket sheet(s); and
(2) the documents filed in the court which the case is being removed, arranged in the same order as they appear on the docket sheet. Each document shall be numerically tabbed."

And at the direction of the Clerk of the Court and Clerk of the State of Rhode Island, Superior Court, Washington County to your petitioner pro se please see enclosed is a true certified state copy of record as it appeared on late afternoon 21 June 2006.

I attest to the truth of the following:

Rhode Island Justice System receipt: SCW 32022
#1. Document Certified and sealed State of Rhode Island Superior Court Civil Case Cover Sheet case#WC2006-317 dated 5/24/2006

#2. Document Certified and sealed State Complaint, dated May 24 2006 (9 pages)
#3 Exhibit 1 item(s)
#4 Exhibit 2 item(s)
#5 Exhibit 3 item(s)
#5 Exhibit 4 item(s)
#6 Exhibit 5 item(s)
#7 Exhibit 6 item(s)
#8 Exhibit 7 item(s)
#9 Exhibit 8 item(s)
#10 Exhibit 9 item(s)
#11 Exhibit 10 item(s)
#12 Exhibit 11 item(s)
#13 Exhibit 12 items(s)
#14 Exhibit 13 item(s)
#15 Exhibit 14 item(s)
#16 Exhibit 15 item(s)
#17 Exhibit 16 item(s)
#18 Exhibit 17 item(s)
#19 Document Certified and sealed Summons, dated May 23, 2006 (front)
#20 Document Certified and sealed proof of service ,dated May 26,2006 (back)
#21 Document Certified and sealed civil docket sheet
#22 Document Entry of Appearance, dated 6/15/2006
#23 Document certified and sealed Notification of Removal Civil Action #06-31, dated 6/21/2006 cover sheet
(Thereafter all documents follow in USDC SDNYCA 06-289T)

Very Truly Yours

Evan Blum
216 East 126 St
N.Y.C., N.Y., 10026
212-662-4002

Mr. and Mrs. Milton Salomon and Betty Salomon
Attorney for Plaintiffs Mr. Barry J. Kusinitz, Esq.
155 South Main St. Suite 405
Providence, R.I. ,02903
Tel,:401-831-4200