STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: WC-2006-0317 MILTON SALOMON V EVAN BLUE

Filing Date: 05-24-2006
Case Status: UNASSIGNED

Case Type: DECLARATORY JUDGMENT
Status Date: 05-24-2006

Plaintiff: MILTON SALOMON
ID: @10842304
Attorney: BARRY KUSINITZ

Plaintiff: BETTY SALOMON
ID: @10842305
Attorney: BARRY KUSINITZ

Defendant: EVAN BLUM
ID: @10842306

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 05-24-2006 | COMPLAINT FILED | |
| 05-24-2006 | INITIAL FILING FEE | |
| 05-24-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCW31795. |

True Copy Attest

Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island