UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MILTON SALOMON and :
BETTY SALOMON :
:
vs. :. C.A. NO. 06 -289 T
:
EVAN BLUM :

**REPLY**

Plaintiffs state their Reply to Defendant's Counterclaim as follows.

1. Plaintiffs deny the allegations in paragraph 1.

2. Plaintiffs deny the allegations in paragraph 2.

3. Plaintiffs deny the allegations in paragraph 3.

4. Plaintiffs deny the allegations in paragraph 4.

5. Plaintiffs deny the allegations in paragraph 5.

6(a). In response to the allegations in paragraph 6(a), Plaintiffs state that the contract between the parties did not contain a financing contingency and was, in effect, a cash deal. As for the remaining allegations, Plaintiffs are not bankers and have no knowledge or information sufficient to form a belief as to banking practices. Plaintiffs deny all other allegations therein.

6(b). Plaintiffs admit that they knew Defendant's grandfather, as alleged in paragraph 6(b), but deny all other allegations therein.

7. Plaintiffs deny the allegations in paragraph 7.

8. Plaintiffs deny the allegations in paragraph 8.

9. Plaintiffs deny the allegations in paragraph 9.

10. Plaintiffs deny the allegation in paragraph 10.

11. Plaintiffs deny the allegations in paragraph 11.

12. Plaintiffs deny the allegations in paragraph 12 but do admit that Defendant has attempted to avoid his contractual obligations to them.

**First Affirmative Defense**

13. Defendant's claims are barred by the statute of frauds (R.I.G.L. § 9-1-4) for want of a writing.

**Second Affirmative Defense**

14. The Deceptive Trade Practices Act does not apply to this transaction.

Wherefore, the Plaintiffs pray that this Honorable Court dismiss Defendant's Counterclaim and award Plaintiffs their costs together with a reasonable attorney's fee, pursuant to either statute or common law.

Plaintiffs
By their Attorney,

Barry J. Kusinitz, Esq. (#1404)
155 South Main Street, Suite 405
Providence, RI 02903
Tel: 401.831.4200
Fax: 401.831.7053
E-Mail: bkusinitz@bdglawyers.com

DATED: June 30, 2006

**Certificate of Service**

I hereby certify that I mailed a copy of the above by regular mail, postage prepaid to Mr. Evan Blum, 216 East 125th Street, New York, NY 10036, on this 30th day of June, 2006.