UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MILTON SALOMON and :
BETTY SALOMON :
:
vs. : C.A. NO. 06 -289 T
:
EVAN BLUM :

**NOTICE TO TAKE DEPOSITION**

PLEASE TAKE NOTICE that the Plaintiffs will take the deposition of **Defendant Evan Blum,** upon oral examination, which examination will begin on **Monday, July 17, 2006, at 1:00 p.m.**, and will continue from day to day until completed, at 155 South Main Street, Suite 405, Providence, Rhode Island, before a Notary Public duly commissioned in the State of Rhode Island, or before some other officer authorized to administer oaths.

Plaintiffs
By their Attorney,

Barry J. Kusinitz, Esq. (#1404)
155 South Main Street, Suite 405
Providence, RI 02903
Tel: 401.831.4200
Fax: 401.831.7053
E-Mail: bkusinitz@bdglawyers.com

DATED: June 30, 2006

**Certificate of Service**

I hereby certify that I mailed a copy of the above by regular mail, postage prepaid to Mr. Evan Blum, 216 East 125th Street, New York, NY 10036, and Rhode Island Court Reporting, 25 Sea View Avenue, East Providence, RI, 02915 on this 30th day of June, 2006.