UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

---

MILTON SALOMON, et al
Plaintiff

v. C.A. 06-289T

EVAN BLUM
Defendants

---

**ENTRY OF APPEARANCE**

J. Richard Ratcliffe, Esq. hereby enters his appearance on behalf of defendant Evan Blum.

The Defendant
Evan Blum
By his Attorney,

/S/ J. Richard Ratcliffe, #2603
Ratcliffe Burke Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903
Tel: 401-331-3400
Fax: 401-331-3440

Date: September 6, 2006

**CERTIFICATION**

I hereby certify that on the 6th day of September, 2006, a true and accurate copy of the within was e-mailed with the court and as a result the following will be noticed electronically at the time of filing:

Barry J. Kusinitz, Esq.
155 Sputh Main Street
Providence, RI 02903