Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF Complete Documents



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MILTON SALOMON and :
BETTY SALOMON :
:
vs. :. C.A. NO. 06 -289 T
:
EVAN BLUM :

NOTICE TO TAKE DEPOSITION

PLEASE TAKE NOTICE that the Plaintiffs will take the deposition of Defendant Evan Blum, upon oral examination, which examination will begin on Monday, December 18, 2006, at 1:00 p.m., and will continue from day to day until completed, at 155 South Main Street, Suite 405, Providence, Rhode Island, before a Notary Public duly commissioned in the State of Rhode Island, or before some other officer authorized to administer oaths.

Plaintiffs
By their Attorney,

/s/ Barry J. Kusinitz
Barry J. Kusinitz, Esq. (#1404)
155 South Main Street, Suite 405
Providence, RI 02903
Tel: 401.831.4200
Fax: 401.831.7053

DATED: November 27, 2006

Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF Complete Documents


Certification

I hereby certify that on the 27th day of November, 2006, a true and accurate copy of the within was e-mailed with the Court and as a result the following will be noticed electronically at the time of filing, to the following: J. Richard Ratcliffe, Esq., 1600 Financial Plaza, Providence, RI 02903.

/s/ Barry J. Kusinitz