UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MILTON SALOMON and BETTY SALOMON,

Plaintiffs,

vs.

EVAN BLUM,

Defendant.

Case No.: 06-0289T

JURY DEMAND

**DEFENDANT EVAN BLUM'S FIRST AMENDED ANSWER**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure and in accordance with this Court's order of June 6, 2007, the Defendant, Evan Blum ("Mr. Blum"), hereby amends his pleading in the above-captioned matter as follows

1. Mr. Blum is without knowledge sufficient to form a belief as to the truth of this allegation and thus leaves the Plaintiffs to their proof.

2. Admitted.

3. Admitted.

4. Mr. Blum is without knowledge sufficient to form a belief as to the truth of this allegation and thus leaves the Plaintiffs to their proof.

5. Admitted that Deborah Salomon told Mr. Blum that Milton Salomon was ill, that the Salomon's intended to sell the Property, and that Mr. Blum expressed an interest in acquiring the Property; otherwise, Mr. Blum is without knowledge sufficient to form a belief as to the truth of this allegation and thus leaves the Plaintiffs to their proof.

6. Admitted that the Plaintiffs' asking price for the Property was $850,000.00 and that the quoted text partially reflects the content of the solicitation; otherwise, Mr. Blum is without knowledge sufficient to form a belief as to the truth of this allegation and thus leaves the Plaintiffs to their proof.

7. Admitted that Mr. Blum expressed an interest in buying the property; otherwise denied.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Denied.

13. Admitted.

14. Admitted.

15. Admitted that Attorney Michael Shanker issued the check described in this averment; otherwise, Mr. Blum is without knowledge sufficient to form a belief as to the truth of this allegation and thus leaves the Plaintiffs to their proof.

16. Admitted.

17. Admitted.

18. Admitted that the telephone call occurred and that Mr. Blum and Attorney Victor Orsinger discussed the parties' agreement and appraisal of the Property; otherwise denied.

19. Admitted.

20. Admitted that Mr. Blum spoke with Milton Salomon on December 27, 2005, in Narragansett, Rhode Island on the subject of the Property, and that the quoted text partially reflects Milton Salomon's response; otherwise denied.

21. Admitted.

22. Admitted.

23. Admitted.

24. Admitted that Attorney John Gentile advised Attorney Orsinger that he would refer Mr. Blum to Attorney Vincent Naccarato in the event of litigation, and that Attorney Naccarato sent the letter referenced in this averment to Attorney Orsinger; otherwise denied.

25. Admitted.

**COUNT I**
*Breach of Contract*

26. Mr. Blum incorporates in this answer all answers respectively set forth above.

27. Denied.

28. Denied.

**COUNT II**
*Declaratory Judgment*

29. Mr. Blum incorporates in this answer all answers respectively set forth above.

30. This paragraph states a conclusion of law to which no response is required. To the extent that this paragraph contains any allegations of fact, such allegations are expressly denied.

**COUNT III**
*Injunctive Relief*

31. Mr. Blum incorporates in this answer all answers respectively set forth above.

32. Denied.

**AFFIRMATIVE DEFENSES**

FIRST AFFIRMATIVE DEFENSE

Mr. Blum is not bound by the parties' agreement as his assent was obtained by way of fraudulent inducement.

SECOND AFFIRMATIVE DEFENSE

Mr. Blum is not bound by the parties' agreement as the agreement is voidable due to the Plaintiffs' negligent misrepresentations of fact with respect to the Property.

THIRD AFFIRMATIVE DEFENSE

Mr. Blum is not bound by the parties' agreement as both parties to this action have labored under a mutual mistake as to a basic contractual assumption.

FOURTH AFFIRMATIVE DEFENSE

The Plaintiffs are not entitled to any equitable or injunctive relief as they come to this Court with unclean hands and present no irreparable harm.

WHEREFORE, the Defendant, Evan Blum, demands judgment dismissing the Plaintiffs' complaint.

Dated this 8th day of June, 2007

The Plaintiff,
Evan Blum,
By his Attorney,

Ratcliffe Burke Harten & Elias, LLP

/s/ J. Richard Ratcliffe
J. Richard Ratcliffe, #2603
Jeffrey Biolchini, #7320
1600 Financial Plaza
Providence, R.I. 02903
(401)331-3400
(401)331-3440 Fax

## CERTIFICATION

I hereby certify that on the 8th day of June, 2007, a true and accurate copy of the within was mailed, postage prepaid, to:

Barry J. Kusinitz, Esq.
155 South Main Street
Suite 405
Providence, RI 02903

/s/ J. Richard Ratcliffe
J. Richard Ratcliffe, #2603