UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MILTON SALOMON and | : | |
| BETTY SALOMON | : | |
| | : | |
| vs. | : | C.A. No. 06 -289 T |
| | : | |
| EVAN BLUM | : | |
| EVAN BLUM | : | |
| | : | C.A. No. 07-009 T |
| vs. | : | |
| | : | |
| MILTON SALOMON, et al. | : | |

**STIPULATION AND AGREEMENT**

The Parties hereby stipulate and agree as follows in these consolidated actions:

1. Betty Salomon (as survivor of her late husband, Milton Salomon) hereby agrees to sell and Evan Blum hereby agrees to buy that certain parcel of real estate located in Hopkinton, Rhode Island, commonly known and numbered as 222 Alton Bradford Road and further designated as Lot 34A on Hopkinton Assessor's Plat 6 (the "Subject Property") in "as is" condition for the sum of $625,000.00, subject to normal closing adjustments.

2. Betty Salomon and Evan Blum hereby incorporate by reference paragraphs 4, 5, 7, 9, 10, 11, 12, 13, 14, 15, and 16 of that certain sales agreement, dated October 3, 2005, by and between Milton Salomon and Betty Salomon as

"Sellers" and Evan Blum as "Buyer" (the "Sales Agreement"), meaning that Betty Salomon and Evan Blum intend to make the transaction referenced in this Stipulation and Agreement subject to these paragraphs.

3. The closing shall take place at the offices of Betty Salomon's attorneys on November 15, 2007, at 10:00 a.m. (or such earlier date as the parties may agree). **NO EXTENSIONS SHALL BE GIVEN. TIME IS OF THE ESSENCE.**

4. If Evan Blum fails to close as aforesaid, Betty Salomon shall have no further obligation to sell the Subject Property to Evan Blum and Evan Blum shall have no further claim to the Subject Property.

5. Victor Orsinger ("Orsinger") is currently holding the approximate sum of $86,000.00 in escrow. If Evan Blum closes, as aforesaid, all of the escrowed funds then held by Orsinger shall be applied to the purchase price of $625,000.00. If Evan Blum fails to close as aforesaid, Orsinger shall forthwith deliver all of the escrowed funds then held by him to Betty Salomon, and Evan Blum shall have no further claim in and to the same. Betty Salomon and Evan Blum, however, agree further that the provisions of this paragraph concerning the disposition of the escrowed funds shall be deemed to be subject to paragraphs 7 and 11 of the Sales Agreement.

6. Other than the obligations and agreements set forth herein, the parties hereby release each other and all claims in these consolidated actions shall be dismissed with prejudice and shall not survive.

BETTY SALOMON and DAVID SALOMON.
By their Attorney,
/s/ Barry J. Kusinitz
Barry J. Kusinitz, Esq. (#1404)
155 South Main Street, Suite 405
Providence, RI 02903
Tel: 401.831.4200
Fax: 401.831.7053
E-Mail: bkusinitz@bdglawyers.com

EVAN BLUM
By his Attorney,
/s/ J. Richard Ratcliffe
J. Richard Ratcliffe, Esq. (#2603)
1600 Financial Plaza
Providence, RI 02903
Tel: 401.331.3400
Fax: 401.331.3440
E-Mail: rratcliffe@rbhelaw.com

DATED: August 21, 2007

AGREED:

BETTY SALOMON

DAVID SALOMON

EVAN BLUM