UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BETTY SALOMON | : | |
| vs. | : | C.A. No. 06 -289 T |
| | : | |
| EVAN BLUM | : | |
| EVAN BLUM | : | |
| | : | C.A. No. 07-009 T |
| vs. | : | |
| | : | |
| BETTY SALOMON, et al. | : | |

**STIPULATION**

All claims in these consolidated actions shall be and hereby are dismissed with prejudice and without costs, each party to bear their own attorneys' fees.

BETTY SALOMON and DAVID SALOMON,
By their Attorney,
/s/ Barry J. Kusinitz
Barry J. Kusinitz, Esq. (#1404)
155 South Main Street, Suite 405
Providence, RI 02903
Tel: 401.831.4200
Fax: 401.831.7053
E-Mail: bkusinitz@bdglawyers.com

EVAN BLUM
By his Attorney,
/s/ J. Richard Ratcliffe
J. Richard Ratcliffe, Esq. (#2603)
1600 Financial Plaza
Providence, RI 02903
Tel: 401.331.3400
Fax: 401.331.3440
E-Mail: rratcliffe@rbhelaw.com

DATED: December 3, 2007